<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2486**

_____


RONALD LEE COOK,

Plaintiff - Appellant,

versus

NABISCO, INCORPORATED, and its successors,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-00-804-3)

_____

Submitted: April 18, 2002          Decided: April 25, 2002

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Lee Cook, Appellant Pro Se. James V. Meath, King Fitchett Tower, WILLIAMS, MULLEN, CLARK & DOBBINS, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this employment discrimination action, Ronald Lee Cook appeals the district court's orders granting summary judgment to Nabisco, Inc., and denying Cook's motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cook v. Nabisco, Inc., No. CA-00-804-3 (E.D. Va. Nov. 6 & 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED